UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VEGA, JR., | ) Case No. SACV 16-583 JVS(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| RONALD RACKLEY, Warden, et al., | ) |
| Respondents | ) |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: March 30, 2016

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE